THOMAS WHEELER, Plaintiff, *v.* WILLIAM EMMELUTH, Respondent, OBED WHEELER, Administrator, etc., Appellant.

(Argued January 26, 1891; decided February 24, 1891.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made December 15, 1890, which affirmed an order of Special Term canceling and discharging of record two judgments against the defendant.

*Michael J. Scanlon* for appellant.

*Gabriel Levy* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

---

THE METROPOLITAN CONCERT COMPANY (Limited), Plaintiff, *v.* HOWARD A. SPERRY et al., Appellants, et al., Respondents.

(Argued January 26, 1891; decided February 24, 1891.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made December 29, 1890, which affirmed an order of Special Term denying an application to compel the respondents, as sureties, to pay the costs of a judgment rendered against plaintiff.

*Henry Cooper* for appellants.

*Eugene Seligman* for respondents.

Agree to affirm ; no opinion.
All concur.
Order affirmed.